JOHN T. KEATING
Nevada Bar No. 6373
**K E A T I N G** LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
jkeating@keatinglg.com
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorney for Defendant

## UNTED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEVE NGUYEN, an individual; LAN UNG, an individual, | CASE NO.:  2:24-cv-00014 |
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE ITS OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL (ECF: #15)** |
| SHELTER MUTUAL INSURANCE COMPANY; DOES I-XX, and ROE CORPORATIONS, I-XX, | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by undersigned counsel that the deadline for Defendant, SHELTER MUTUAL INSURANCE COMPANY to respond to Plaintiffs' Motion to Compel (ECF: #15), currently due on September 19, 2024, shall be extended an additional seven (7) days, and Plaintiffs shall have seven (7) days after service of Defendant's response pursuant to LR 7-2(b) to file a reply in support of their Motion.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1    Defendant, SHELTER INSURANCE COMPANY shall have up to and until September 26,

2   2024 to file an Opposition to said Motion, and Plaintiff shall have seven (7) days after service

3   of this Opposition to file their reply.

4   DATED this 19th day of September 2024.          DATED this 19th day of September 2024.

5   KEATING LAW GROUP                               MITCHELL ROGERS INJURY LAW

6

7    __/s/John T. Keating_____            __/s/Scott L. Rogers_____
     JOHN T. KEATING                                 SCOTT L. ROGERS
8    Nevada Bar No.: 6373                            Nevada Bar No.: 13574
     9130 W. Russell Road, Suite 200                 9480 S. Eastern Avenue, Suite 236
9    Las Vegas, Nevada 89148                         Las Vegas, Nevada 89123
     Attorney for Defendant                          Attorney for Plaintiffs
10

11                        ORDER

12       IT IS SO ORDERED.

13          Dated this  20  day of September 2024.

14

15

16                                     _____
                                       UNITED STATES MAGISTRATE JUDGE
17

18   Respectfully Submitted by:

19   K E A T I N G LAW GROUP

20

21    _/s/John T. Keating_____
     John T. Keating
22   Nevada Bar No.: 6373
     9130 W. Russell Road, Suite 200
23   Las Vegas, NV 89148
     Attorney for Defendant
24

25

26

27

28

*(left margin, vertical text)* KEATING LAW GROUP  9130 W. RUSSELL RD., SUITE 200  LAS VEGAS, NEVADA 89148